DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TOWD POINT MORTGAGE TRUST 2018-2, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE,**
Appellant,

v.

**ROBERT O'KEEFE, KATHLEEN O'KEEFE, VERO BEACH HOTEL AND CLUB CONDOMINIUM ASSOCIATION, INC., UNKNOWN TENANT #1 OF 3500 OCEAN DR., UNIT 312, VERO BEACH, FLORIDA 32963, UNKNOWN TENANT #2 OF 3500 OCEAN DR., UNIT 312, VERO BEACH, FLORIDA 32963, UNKNOWN TENANT #3 OF 9210 SEASONS TERRACE, VERO BEACH, FLORIDA 32963, UNKNOWN TENANT #4 OF 9210 SEASONS TERRACE, VERO BEACH, FLORIDA 32963,**
Appellees.

No. 4D2023-1398

[May 23, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Janet Croom, Judge; L.T. Case No. 312020CA000733.

Keith L. Abramson of Frenkel Lambert Weiss Weisman & Gordon, LLP, Fort Lauderdale, for appellant.

Michael L. Grant, Richard B. Warren, and Jacob W. Warren of Warren & Grant, P.A., Boca Raton, for appellees Robert O'Keefe and Kathleen O'Keefe.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***